1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4  Facsimile: (916) 405-3908

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  **RICHARD GARCIA**                    )        **Case No.  CIV-10-259 GGH**
                                          )
12                                        )
                                          )
13                                        )        **STIPULATION AND ORDER**
              **Plaintiff,**              )        **AWARDING ATTORNEY FEES**
14                                        )        **UNDER THE EQUAL ACCESS**
    **v.**                                )        **TO JUSTICE ACT**
15                                        )        **28 U.S.C. § 2412(d)**
                                          )
    **MICHAEL J. ASTRUE**                 )
16  **Commissioner of Social Security**   )
    **of the United States of America,**  )
17                                        )
              **Defendant.**              )
18                                        )
    _____      )
19

20          IT IS HEREBY STIPULATED by and between the parties, through their undersigned

21  counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access

22  to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, TWO-HUNDRED

23  DOLLARS AND NO CENTS ($5,200.00).  This amount represents compensation for all legal services

24  rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28

25  U.S.C. § 2412(d).

26          After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

27  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant

28  to *Astrue v. Ratliff*, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend

                                              1

on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.


Dated: January 24, 2012                   */s/Bess M. Brewer*
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff


Dated: January 24, 2012                   Benjamin B. Wagner
                                          United States Attorney
                                          /s/ Elizabeth Barry
                                          ELIZABETH BARRY

                                          Special Assistant U.S. Attorney


                                          Attorneys  for Defendant

                                            **ORDER**

APPROVED AND SO ORDERED.

DATED: January 27, 2012

                                           /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE